IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| EDWARD SCOTT, SHANNON AKIN and DEBBIE RICHARDS, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH AMERICAN INNS, LLC, PAUL D. SHARMA, AND SHAUN B. SHARMA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. <br> 5:18-CV-00006-LGW-RSB |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COME NOW, Defendants North American Inns, LLC ("NAI"), Paul D. Sharma and Shaun B. Sharma (the "Sharma Parties") (hereinafter NAI and Sharma Parties are referred to as "Defendants") and Plaintiffs EDWARD SCOTT, SHANNON AKIN and DEBBIE RICHARDS ("Plaintiffs") and hereby submit this consent motion for an extension of time within which Defendants must answer, move or otherwise respond to Plaintiffs' Complaint. Plaintiffs have agreed to this extension. In support, Defendants shows as follows:

1. Plaintiffs filed this action on January 30, 2018.

2. Defendants North American Inns, LLC and Paul D. Sharma were served on January 31, 2018.

3. Pursuant to Fed. R. Civ. P. 12(a) Defendants' response is currently due by February 20, 2018.

4. The parties have agreed to allow Defendants until March 20, 2018, to respond to the Complaint in exchange for Defendants' agreement to toll the statute of limitations for the putative plaintiffs effective January 31, 2018, the date upon which service was perfected upon Defendants NAI and P. Sharma.

5. Defendants respectfully request that an extension of time be granted through and including March 20, 2018 by which Defendants must Plaintiffs' Complaint. All parties have agreed to this extension.

6. All time periods relating to Plaintiffs' time to name additional plaintiffs to the collective action, shall be tolled during and after this extension.

7. The parties submit a proposed Order with this Motion.

Respectfully submitted, this 20th day of February 2018.

Tyler B. Kaspers
Ga. Bar No. 445708
The Kaspers Firm, LLC
152 New Street, Suite 109

Macon, Georgia 31201
(404) 944-3128
tyler@kasperslaw.com

REQUESTED AND CONSENTED TO BY:
/s/ Howard P. Slomka
2859 Paces Ferry Rd. SE. Suite 1700
Atlanta, Georgia 30339
hs@myatllaw.com

Counsel for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| EDWARD SCOTT, SHANNON AKIN and DEBBIE RICHARDS, et al., on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NORTH AMERICAN INNS, LLC, PAUL D. SHARMA, AND SHAUN B. SHARMA,<br><br>*Defendants*. | CIVIL ACTION NO.<br>5:18-CV-00006-LGW-RSB |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2018, I filed the foregoing using the Court's CM/ECF system, and, upon agreement of counsel, sent an electronic copy of this document to:

Howard P. Slomka
2859 Paces Ferry Rd. SE. Suite 1700
Atlanta, Georgia 30339
hs@myatllaw.com

Tyler B. Kaspers

The Kaspers Firm, LLC
152 New Street, Suite 109
Macon, Georgia 31201
(404) 944-3128
tyler@kasperslaw.com

Counsel for Plaintiffs