IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| EDWARD SCOTT, SHANNON AKIN and DEBBIE RICHARDS, et al., on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NORTH AMERICAN INNS, LLC, PAUL D. SHARMA, AND SHAUN B. SHARMA,<br><br>*Defendants*. | CIVIL ACTION NO.<br>5:18-CV-00006-LGW-RSB |

## NOTICE OF CONSENT TO PROCEED BEFORE A MAGISTRATE AND REQUEST FOR NON-BINDING MEDIATION

COME NOW all parties in the above-referenced matter and inform the Court that

(1) the parties consent to having this case presided over by a United States Magistrate Judge; and

(2) The parties request that this Court refer this matter to non-binding mediation.

Respectfully submitted, this 6th day of April, 2018.

_____
Tyler B. Kaspers
Ga. Bar No. 445708
The Kaspers Firm, LLC
152 New Street, Suite 109
Macon, Georgia 31201
(404) 944-3128
tyler@kasperslaw.com

Counsel for Plaintiffs

_____  w/ctp by TBK
Howard P. Slomka
Ga. Bar No. 652875
2859 Paces Ferry Rd. SE. Suite 1700
Atlanta, Georgia 30339
hs@myatllaw.com

Counsel for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| EDWARD SCOTT, SHANNON AKIN and DEBBIE RICHARDS, et al., on behalf of themselves and all others similarly situated, ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 5:18-CV-00006-LGW-RSB |
| NORTH AMERICAN INNS, LLC, PAUL D. SHARMA, AND SHAUN B. SHARMA, ) ) ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2018, I filed the foregoing NOTICE OF CONSENT TO PROCEED BEFORE A MAGISTRATE AND REQUEST FOR NON-BINDING MEDIATION using the Court's CM/ECF system, which will automatically send an electronic copy of this document to:

Howard P. Slomka
2859 Paces Ferry Rd. SE. Suite 1700
Atlanta, Georgia 30339
hs@myatllaw.com

and

3

Chris Ray
Oliver Maner LLP
218 West State Street
P.O. Box 10186
Savannah, GA  31412
Cray@olivermaner.com

_/s/ Tyler B. Kaspers_
Tyler B. Kaspers
The Kaspers Firm, LLC
152 New Street, Suite 109
Macon, Georgia 31201
(404) 944-3128
tyler@kasperslaw.com

Counsel for Plaintiffs