IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

By staylor at 1:52 pm, Apr 16, 2018

| | |
|---|---|
| EDWARD SCOTT; SHANNON AKIN; and DEBBIE RICHARDS, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO.: 5:18-cv-6 |
| v. | |
| NORTH AMERICAN INNS, LLC; PAUL D. SHARMA; and SHAUN B. SHARMA, | |
| Defendants. | |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, the Court issues the following scheduling order in this matter. With the issue having been joined on March 20, 2018, and the parties having filed their Federal Rule of Civil Procedure 26(f) Report on March 26, 2018, the following deadlines shall apply. These deadlines shall not be extended except upon a specific showing of good cause and order of the Court. Fed. R. Civ. P. 16(b)(4). It is the Court's expectation that the parties will not need an extension of these deadlines. The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines. Bare boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause.

Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file

any other pleading), the party should first contact all other parties and determine if the other parties join in, consent to, or oppose the request for an extension. When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | May 21, 2018 |
| WRITTEN DISCOVERY UNDER RULES 33 THROUGH 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE | May 28, 2018 |
| DISCOVERY DEPOSITION OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS | June 28, 2018 |
| LAST DAY TO SERVE EXPERT WITNESS REPORTS BY PLAINTIFF | July 11, 2018 |
| LAST DAY TO SERVE EXPERT WITNESS REPORTS BY A DEFENDANT | July 25, 2018 |
| STATUS REPORT DUE[1] | July 30, 2018 |
| DISCOVERY DEPOSITION OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | August 7, 2018 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS BUT EXCLUDING MOTIONS IN LIMINE | September 7, 2018 |

---

[1] A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.

DEPOSITIONS OF ALL WITNESSES (WHETHER FACT
OR EXPERT) THAT ARE *DE BEN ESSE* DEPOSITIONS
AND TAKEN NOT FOR DISCOVERY BUT FOR USE
AT TRIAL                                                                                      September 21, 2018

PRETRIAL ORDER DUE[2]                                                                October 8, 2018

**SO ORDERED**, this 16th day of April, 2018.

_____
R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] The pretrial order shall be in the format for Judge Lisa Godbey Wood. The required form can be located at the Court's website www.gasd.uscourts.gov under "forms." If a motion for summary judgment or other dispositive motion is pending at the time of this deadline, the deadline for filing the pretrial order is automatically extended. In such event, the parties need not and shall not file a motion to extend the pretrial order deadline. Rather, the parties shall file the proposed pretrial order within **twenty-one (21) days** of this Court's ruling on the motion for summary judgment or other dispositive motion.