IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

|  |  |
|---|---|
| EDWARD SCOTT; SHANNON AKIN; and DEBBIE RICHARDS, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO.: 5:18-cv-6 |
| v. | |
| NORTH AMERICAN INNS, LLC; PAUL D. SHARMA; and SHAUN B. SHARMA, | |
| Defendants. | |

**ORDER AND NOTICE OF**
**PRETRIAL PROCEEDINGS**

IT IS ORDERED that lead counsel for the parties in the above-captioned case shall prepare and file with the Clerk of this Court a joint consolidated proposed pretrial order. The pretrial order shall be in the format for Judge Lisa Godbey Wood. The required form can be located at the Court's website www.gasd.uscourts.gov under "forms." The proposed pretrial order shall be filed on or before **October 8, 2018**. However, if a motion for summary judgment or other dispositive motion is pending at the time of this deadline, the deadline for filing the pretrial order is automatically extended. In such event, the parties shall file the proposed pretrial order **within twenty-one (21) days** of this Court's ruling on the motion for summary judgment or other dispositive motion.

Counsel for the Plaintiff shall have the responsibility to initiate compliance herewith. A party's failure to comply with the requirements hereof may result in dismissal of the Complaint, striking of the Answer, or in other sanctions determined appropriate by the Court. If any party in

this case is not represented by counsel, such party shall be obligated to comply with the requirements hereof in the same manner as counsel.

IT IS FURTHER ORDERED that this case will be scheduled by the Clerk for a pretrial conference.  At the time of the pretrial conference, the Court will approve, disapprove, or direct amendment of the proposed pretrial order.  Lead counsel for each party shall attend the pretrial conference.

The parties shall attempt to resolve evidentiary objections and potential motions in limine well in advance of the pretrial conference.  Thus, the parties shall not file any evidentiary objections or motions in limine without first seeking to resolve the issues raised in the objection or the motion in limine with the opposing party.  The moving party must state in its evidentiary objections and motions in limine that it has attempted to resolve the issues raised therein with the other parties, and it must further state which other parties oppose the relief sought.

Any evidentiary objections and motions in limine which have not been resolved prior to the pretrial conference shall be submitted in writing **at least five (5) days** prior to the pretrial conference.  The parties shall not file any motions in limine or evidentiary objections after this deadline without first seeking leave of court.  Leave to file will only be granted upon a showing of extraordinary circumstances.  All responses to evidentiary objections and motions in limine shall be submitted within **fourteen (14) days** of the filing of the objection or motion.

Proposed pretrial orders which are not consolidated (proposed jointly) will not be accepted for filing without the written permission of the Court.

**SO ORDERED**, this 16th day of April, 2018.

*[signature]*

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA