IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| EDWARD SCOTT, SHANNON AKIN and DEBBIE RICHARDS,<br><br>   Plaintiffs,<br><br> v.<br><br>NORTH ANERICAN INNS, LLC. PAUL D. SHARMA and SHAUN B. SHARMA,,<br><br>   Defendants. | CIVIL ACTION NO.:<br>5:18-cv- 00006-LGW-RSB |

## DEFENDANTS' STATUS REPORT

With the discovery period having now concluded in the above captioned case, the Defendants make the following report to the Court.

**I. DISCOVERY**

 A. Is all discovery completed in this case?

  ☒ Yes  ☐ No

- If "No", please list what discovery is remaining:

Defendants reserve the right to conduct the depositions of Plaintiffs. The testimony of Plaintiffs Shannon Aikin and Edward Scott will be taken in the form of *de ben esse* depositions since they are not expected to be present at trial. Ms. Akin has permanently relocated to California and has been evasive to the proceedings, and Mr. Scott is currently imprisioned at the Coffee County penitenciary. As for Plaintiff Debbie Richards, it is unclear as to whether Ms. Richards will be capable of attending trial. Defendants reserve the right to subpoena all Plaintiffs, as and take de ben esse depositions of fact witnesses by the September 21, 2018 deadline stipulated in the Scheduling Order of April 16, 2018.

 B. Are there any discovery issues which have been or will be brought before the Court for resolution?

☐ Yes        ☒ No

- If "Yes", please briefly explain:

There are no discovery disputes pending, other than that Plaintiffs object to their deposition being taken. However, their testimony will be taken down by Defendants as properly noticed *de ben esse* depositions before September 21, 2018.

**II.    SETTLEMENT**

A. Have the parties made efforts to resolve this case?

☒ Yes        ☐ No

- If "Yes", please explain those efforts:

    Settlement potential was briefly discussed during the parties' March 26, 2018, Rule 26(f) conference.

B. Are the parties prepared to discuss settlement of this case with the Court at this time?

☒ Yes        ☐ No

- If "No", please explain:

C. Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

☐ Yes        ☒ No

- If "Yes", please list those parties:

D. The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference. (*Please provide several dates for the Court's consideration in scheduling. Regardless of whether the Parties seek to discuss settlement, the Court may require that each party have a representative with full settlement authority present*.)

   Weeks of August 6, August 13, and August 20.

**III. MOTIONS**

A. The Plaintiff(s) anticipate filing the following Motions:

☐ None
☒ Motion for Summary Judgment
☐ Motion to Exclude Expert Testimony
☐ Other Motion(s) (Except for Motions in Limine), please explain:

B. The Defendant(s) anticipate filing the following Motions:

☐ None
☒ Motion for Summary Judgment
☐ Motion to Exclude Expert Testimony
☒ Other Motion(s) (Except for Motions in Limine), please explain:

Defendants may file Motions in Limine to exclude or include evidence in accordance with the evidence submitted closer to the date of trial.

**IV. ADDITIONAL MATTERS**

If there are any other matters regarding this case that the Parties seek to bring to the Court's attention at this time, please briefly explain:

Dated: July 30, 2018

/s/ Howard P. Slomka
Howard P. Slomka, Esq.
GA Bar #652875

**SLIPAKOFF & SLOMKA, P.C**
*Attorney for Defendants*
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Tel. 404-800-4017
hs@myatllaw.com